UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DESTINY BOOTH,

    Plaintiff,

v.

HOSPITALITY FURNISHINGS & DESIGN, INC.,

    Defendant,

                          /

Case No. 2:25-cv-434-JLB-KCD

## ORDER

Before the Court is Plaintiff's Amended Motion to Remand to State Court. (Doc. 15.) Although initially opposed, the parties have now stipulated to the remand. (Doc. 20.) Accordingly, it is **ORDERED**:

1. Plaintiff's motion (Doc. 15) is **GRANTED**;

2. The Clerk is directed to remand this case to state court by transmitting a certified copy of this Order to the clerk of court for the Twentieth Judicial Circuit in and for Charlotte County, Florida. The state-court case was previously captioned 25-000400-CA.

3. Following remand, the Clerk shall terminate any pending motions, terminate all deadlines, and close the case.

**ENTERED** in Fort Myers, Florida on July 28, 2025.

Kyle C. Dudek
United States Magistrate Judge